# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 24, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

161565

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

ANTOINE DASHAUN FORD,
       Defendant-Appellant.

SC: 161565
COA: 345097
Wayne CC: 17-011086-FC

_____/

On order of the Court, the application for leave to appeal the May 14, 2020 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 24, 2021

Clerk

s0317